[No. 31494-1-II.   Division Two.   August 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNETTE KAY
COUSINEAU-PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 01-1-05021-6, James R. Orlando, J., entered
March 3, 2004. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Bridgewater and Van Deren, JJ.

[No. 31676-5-II.   Division Two.   August 3, 2005.]

STEILACOOM LAKE IMPROVEMENT CLUB, INC., ET AL.,
*Respondents*, v. THE STATE OF WASHINGTON
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 03-2-05986-8, Ronald E. Culpepper, J., entered
April 26, 2004. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Houghton, J., con-
curred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 31772-9-II.   Division Two.   August 3, 2005.]

DENNIS LANE ET AL., *Appellants*, v. SKAMANIA COUNTY,
*Defendant*, LAWRENCE L'HOMMEDIEU ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 03-2-00082-7, E. Thompson Reyn-
olds, J., entered May 14, 2004. *Reversed* by unpublished
opinion per Houghton, J., concurred in by Morgan, A.C.J.,
and Armstrong, J.

[No. 31797-4-II.   Division Two.   August 3, 2005.]

*In the Matter of the Marriage of* DENNIS A. WOOD,
*Respondent*, and KELLY K. WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 01-3-00178-1, James J. Stonier, J., entered May
17, 2004. *Affirmed* by unpublished opinion per Houghton,
J., concurred in by Bridgewater and Van Deren, JJ.